UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN SHAW, | ) | NO. CV 19-2700-DMG (AGR) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| TIMOTHY LINDGREN, et al., | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, records on file, the Report and Recommendation of the United States Magistrate Judge ("Report") and the Objections. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Defendant L.A. Care's motion to dismiss under Fed. R. Civ. P. 12(b)(6), in which Defendants Jeanette Cato and Gabriela Rubio joined, is GRANTED.

IT IS FURTHER ORDERED that the Second Amended Complaint is dismissed without leave to amend as to all defendants, including the remaining unserved individual defendants (Jacki Bussian and Timothy Lindgren). Defendant's motion to dismiss requested dismissal as to all defendants including those who were not served and had not appeared. (Dkt. No. 63 at 2 n.1.) Defendants Bussian and Lindgren are in positions similar to the moving defendants, and the claims against

them are integrally related. See Report at 7-11; Silverton v. Dep't of Treasury, 644 F.2d 1341, 1345 (9th Cir. 1981). Leave to amend would be futile. See also Desaigoudar v. Meyercord, 223 F.3d 1020, 1026 (9th Cir. 2000) (citation omitted) (court's discretion to deny leave to amend is "'particularly broad where plaintiff has previously amended the complaint'").

DATED: September 27, 2022

_____
DOLLY M. GEE
United States District Judge