JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHAW,<br><br>    Plaintiff,<br><br>  v.<br><br>TIMOTHY LINDGREN, et al.,<br><br>    Defendants. | NO. CV 19-2700-DMG (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that judgment is entered for Defendants and this action is dismissed.

DATED: September 27, 2022

                                        DOLLY M. GEE
                                      United States District Judge